■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONATO NAPPI, Appellant, v ROBERT J. HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent. — Judgment unanimously affirmed (see *People ex rel. Davis v Coombe,* 97 AD2d 667; *People ex rel. Knox v Smith,* 60 AD2d 789, mot for lv to app den 43 NY2d 647). (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J. — habeas corpus.) Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Schnepp, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of LEB EVANS, JR., Petitioner, v NATIONAL AUTO SUPPLY CO., INC., Respondent. — Determination unanimously confirmed and petition dismissed, without costs (see *State Div. of Human Rights v Ingersoll-Rand Co.,* 106 AD2d 917). (Proceeding pursuant to Executive Law, § 298.) Present — Hancock, Jr., J. P., Denman, Boomer, Green and O'Donnell, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of FREDERICK WIDGER, Petitioner, v INGERSOLL-RAND COMPANY, Respondent. — Determination unanimously confirmed and petition dismissed, without costs. Memorandum: Complainant seeks review pursuant to section 298 of the Executive Law (L 1984, ch 83) of the determination of the State Division of Human Rights dismissing his complaint which alleged that respondent employer discriminated against him in a matter of employment because of his disability. The Division representatives conducted an adequate investigation of the complaint and there is a rational basis in the record for the determination of no probable cause (*State Div. of Human Rights v New York State Drug Abuse Control Comm.,* 59 AD2d 332; see, also, *State Div. of Human Rights v Oswald Hof Brau Haus,* 91 AD2d 865; *Meachem v New York State Human Rights Appeal Bd.,* 87 AD2d 813). (Proceeding pursuant to Executive Law, § 298.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and O'Donnell, JJ.